HELEN M. ALLEN, Respondent, v. HARRY R. ALLEN, Appellant.— On argument, order modified so as to provide that the alimony be reduced to $50 a week and that the counsel fee be reduced to $400, leaving a balance of $250 after deducting the sum of $150 already paid; also so as to provide that the father have the custody of the children during the month of July or August as may be agreed; as so modified the order is affirmed, without costs. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

WINIFRED O. McBRIDE, as Administratrix, etc., of MARY T. GALLAGHER, Deceased, Appellant, v. QUINN BURIAL Co., INC., Respondent.— On argument, order modified so as to provide that security be given for costs on appeal only, and as so modified affirmed, without costs. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

PARROTT PLACE REALTY CORPORATION, Appellant, v. ANTHONY A. BEVILACQUA and Others, Defendants. CONRAD J. SUTHERLAND, Referee, Respondent.— On argument, order directing purchaser to complete purchase reversed on the law and the facts, without costs, and motion denied, on condition that within ten days from the entry of the order herein appellant pay the referee's and the auctioneer's fees and that it file a stipulation, signed by all parties to the foreclosure, that the judgment be vacated and the action discontinued. In the event of non-compliance with these conditions, the order is affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

MICHELE CAPOBIANCO, as Administrator, etc., of NICHOLAS BIANCO, Deceased, Respondent, v. HENRY TRUSSELL, etc., Appellant, AMERICAN NATIONAL BANK AND TRUST COMPANY and BANK OF YORKTOWN, Respondents, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

DAVID EISENBERG, Respondent, v. IRA HAUPT and Others, Doing Business under the Name of IRA HAUPT & Co., Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

FLATBUSH INVESTING CORPORATION, Appellant, v. VIDA A. CURREN, Respondent, and HAROLD S. LEHTMAN and Others, Defendants, and ANTHONY M. PAPAVERO and PAPAVERO REALTY Co., INC., Impleaded, Defendants, Appellants.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

CHARLES GOLD, Appellant, v. THE CITY OF LONG BEACH and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.